THE PEOPLE OF THE STATE OF NEW YORK ex rel. 180 VARICK STREET CORPORATION, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [172–180 Varick St., Borough of Manhattan.]

Argued June 4, 1952; decided July 15, 1952.

*Louis Boehm* and *Robert L. Boehm* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.